ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Black Horse Group, LLC | ) ASBCA No. 62798 |
| | ) |
| Under Contract No. W912DR-17-D-0014 | ) |

APPEARANCE FOR THE APPELLANT:         Nicholas T. Solosky, Esq.
                                       Fox Rothschild LLP
                                       Washington, DC

APPEARANCES FOR THE GOVERNMENT:       Michael P. Goodman, Esq.
                                       Engineer Chief Trial Attorney
                                       Adam J. Kwiatkowski, Esq.
                                       Engineer Trial Attorney
                                       U.S. Army Engineer District, Baltimore

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: May 5, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62798, Appeal of Black Horse Group, LLC, rendered in conformance with the Board's Charter.

Dated: May 5, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals